PHILLIP A. TALBERT
United States Attorney
ROBERT L. VENEMAN-HUGHES
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:23-CR-00172-ADA-BAM |
|---|---|
| Plaintiff, | STIPULATION TO SET TRIAL AND BRIEFING SCHEDULE; AND ORDER |
| v. | DATE: November 8, 2023 |
| KHALID GLADNEY, | COURT: Hon. Barbara A. McAuliffe |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was scheduled for status conference on November 8, 2023.

2. By this stipulation, the parties move to set:

    a) Trial confirmation hearing on November 27, 2023

    b) Trial on December 19, 2023.

3. The parties move for the following motions schedule:

    a) Motions filing – December 1, 2023

    b) Oppositions filing – December 8, 2023

    c) Replies filing – December 12, 2023

    d) Hearing (if needed) – December 15, 2023

4. The parties anticipate very limited motions in this case and estimate trial to take approximately three days, including jury selection.

5. The defendant was arraigned on the Indictment in this case on August 31, 2023. No time was excluded.

6. On September 13, 2023, the November 8, 2023 status conference was set and time was excluded between September 13, 2023, and November 8, 2023.

7. With no additional exclusion of time, trial must commence by January 4, 2024.

8. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act provide that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  November 2, 2023

PHILLIP A. TALBERT
United States Attorney

/s/ ROBERT L. VENEMAN-HUGHES
ROBERT L. VENEMAN-HUGHES
Assistant United States Attorney

Dated:  November 2, 2023

/s/ ROBERTO DULCE
ROBERTO DULCE
Counsel for Defendant
KHALID GLADNEY

# **ORDER**

IT IS SO ORDERED that the status conference set for November 8, 2023, is vacated. A motion hearing is set for **December 18, 2023 at 8:30 a.m. before District Judge Ana de Alba**. The motion is to be filed by December 1, 2023, opposition is due December 8, 2023, and reply is due December 12, 2023.

IT IS FURTHER ORDERED that a jury trial is set for **December 19, 2023, at 8:30 a.m. before District Judge Ana de Alba**. Estimate time of trial is **3 days**. A trial confirmation is set for **November 27, 2023, at 8:30 a.m. before District Judge Ana de Alba**. Time was not excluded.

IT IS SO ORDERED.

Dated:   **November 2, 2023**             /s/ Barbara A. McAuliffe
                                           UNITED STATES MAGISTRATE JUDGE