PHILLIP A. TALBERT
United States Attorney
ROBERT L. VENEMAN-HUGHES
JUSTIN J. GILIO
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099
Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KHALID GLADNEY,<br><br>Defendant. | CASE NO. 1:23-CR-00172-ADA-BAM<br><br>STIPULATION TO VACATE TRIAL AND SET CASE FOR CHANGE OF PLEA AND ORDER THEREON<br><br>Court: Hon. Ana de Alba |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a trial confirmation hearing on November 27, 2023 and a jury trial on December 19, 2023.

2. By this stipulation, defendant now moves to vacate the trial confirmation hearing and the trial as to KHALID GLADNEY and to **set the case for a change of plea hearing on November 27, 2023 at 8:30 a.m.** before the Hon. Ana de Alba. The proposed change of plea date represents the earliest date that all counsel are available, taking into account counsels' schedules, defense counsels' commitments to other clients, and the court's available dates for a change of plea hearing.

3. The parties agree and stipulate, and request that the Court find the following:

    a) Discovery in this case has been provided, and consists of multiple reports, videos, and expert reports. All of this discovery has been either produced directly to counsel and/or made

available for inspection and copying.

b) Counsel for the defendants believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

c) The government does not object to the continuance.

d) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

e) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of November 15, 2023 to November 27, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: November 15, 2023         PHILLIP A. TALBERT
                                 United States Attorney

                                 By: /s/ ROBERT L. VENEMAN-HUGHES
                                     ROBERT L. VENEMAN-HUGHES
                                     Assistant United States Attorney

Dated: November 15, 2023         /s/ *Roberto Dulce*
                                 Attorney for Defendant Khalid Gladney

## **ORDER**

IT IS SO ORDERED that the jury trial set for December 19, 2023 and trial confirmation set for November 27, 2023 are vacated. A change of plea hearing is set for **November 27, 2023, at 8:30 a.m. before the District Judge.** Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

IT IS SO ORDERED.

Dated:   **November 16, 2023**              /s/ *Barbara A. McAuliffe*
                                          UNITED STATES MAGISTRATE JUDGE