PHILLIP A. TALBERT
United States Attorney
ROBERT L. VENEMAN-HUGHES
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:23-CR-00172-NODJ-BAM |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| v. | |
| KHALID GLADNEY, | |
| Defendant. | |

　　　　IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney and Robert L. Veneman-Hughes, Assistant U.S. Attorney and Roberto Dulce, attorney for defendant Khalid Gladney, that the status conference set for February 28, 2024 at 1:00 pm before the Honorable Barbara A. McAuliffe be continued to May 22, 20224 at 1:00 p.m.

**STIPULATION**

　　　　Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

　　　　1.　　The parties need additional time to further investigate/explore matters related to resolving the case or setting a trial date.

　　　　2.　　By this stipulation, defendant now moves to continue the status conference, and to exclude time from February 28, 2024  to May 22, 2024.

　　　　3.　　The parties agree and stipulate, and request that the Court find the following:

　　　　　　　a)　　The government has represented that the discovery associated with this case includes investigative reports, and related documents, photographs, etc., in electronic form. All

Stipulation                                                                 1

of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

        b)      Defense counsel requires additional time to review discovery and investigate.

        c)      The government does not object to the continuance.

        d)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

        e)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of <u>February 28, 2024</u> to <u>May 22, 2024</u>, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A) and 18 U.S.C. § 3161(h)(7)(B)(iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Dated: February 15, 2024                    Respectfully submitted,

                                                PHILLIP A. TALBERT
                                                United States Attorney

                                  By     /s/ ROBERT L. VENEMAN-HUGHES
                                                ROBERT L. VENEMAN-HUGHES
                                                Assistant United States Attorney

Dated: February 15, 2024                    /s/ ROBERT DULCE
                                                ROBERTO DULCE
                                                Attorney for Khalid GLADNEY

///

///

///

**ORDER**

IT IS SO ORDERED that the status conference is continued from February 28, 2024, to **May 22, 2024, at 1:00 p.m. in Courtroom 8 before Magistrate Judge Barbara A. McAuliffe**. Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A) and 18 U.S.C. § 3161(h)(7)(B)(iv).

IT IS SO ORDERED.

Dated:  **February 20, 2024**              /s/ Barbara A. McAuliffe
                                            UNITED STATES MAGISTRATE JUDGE