PHILLIP A. TALBERT
United States Attorney
ROBERT L. VENEMAN-HUGHES
JUSTIN J. GILIO
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099
Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:23-cr-00172-JAM-BAM |
| Plaintiff, | **STIPULATION TO SET CASE FOR CHANGE OF PLEA AND ORDER THEREON** |
| v. | Court: Hon. John A. Mendez |
| KHALID GLADNEY, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for a status conference on August 28, 2024.

2.      By this stipulation, defendant now moves to vacate the status conference as to KHALID GLADNEY and to **set the case for a change of plea hearing on August 12, 2024 at 9:00 a.m.** before the Hon. John A. Mendez.  The proposed change of plea date represents the earliest date that all counsel are available, taking into account counsels' schedules, defense counsels' commitments to other clients, and the court's available dates for a change of plea hearing.

3.      No exclusion of time is required because time was already excluded through August 28, 2024.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

must commence.

        IT IS SO STIPULATED.

Dated:  July 24, 2024                         PHILLIP A. TALBERT
                                              United States Attorney


                                       By:  /s/ ROBERT L. VENEMAN-HUGHES
                                            ROBERT L. VENEMAN-HUGHES
                                            Assistant United States Attorney


Dated: July 24, 2024                          /s/ SERITA RIOS
                                              Attorney for Defendant Khalid Gladney




## **ORDER**

        IT IS SO ORDERED, that the status conference set for August 28, 2024, be **VACATED** and the

matter be **SET** for **change of plea** on **August 12, 2024, at 09:00 a.m.**, in person, in Courtroom 6, on the

14th floor of the Robert T. Matsui U.S. Courthouse, in Sacramento, California, before Senior District

Judge John A. Mendez. No exclusion of time is necessary because time has previously been excluded

through and including August 28, 2024.


Dated: July 24, 2024                   /s/ John A. Mendez
                                       THE HONORABLE JOHN A. MENDEZ
                                       SENIOR UNITED STATES DISTRICT JUDGE